# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE 12/21/2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/22/2015 2:14:49 PM
CHRISTOPHER A. PRINE
Clerk

NOTICE OF APPEALS
ASSIGNMENT OF COURT THE COURT OF APPEALS

TO:     14TH  COURT OF APPEALS

From:     **Deputy Clerk: PHYLLIS WASHINGTON**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

**CAUSE:  2015-28116**

**VOLUME _____     PAGE _____     OR     IMAGE # 68272851**

**DUE   2-9-16                ATTORNEY 24033199**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE   14TH COURT OF APPEALS**

**DATE JUDGMENT SIGNED:     12-11-15**

**MOTION FOR NEW TRIAL DATE FILED    NONE**

**REQUEST TRANSCRIPT DATE FILED     NONE**

**NOTICE OF APPEAL DATE FILED          12-17-15**

**NUMBER OF DAYS: ( CLERKS RECORD )  60**
**FILE ORDERED:   YES ☐   NO ☐   IMAGED FILED:   YES ☐   NO ☐**

**CODES FOR NOTICE OF APPEAL: BC, C, OA**

CHRIS DANIEL
Harris County, District Clerk

By:  /s/PHYLLIS WASHINGTON
        **PHYLLIS WASHINGTON , Deputy**

**BC     NOTICE OF APPEAL FILED**
**BG     NOTICE OF APPEAL FILED – GOVERNMENT**
**C     JUDGMENT BEING APPEALED**
**D -     ACCELERATED APPEAL**
**OA     NO CLERK'S RECORD REQUEST FILED**
**O     CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)**
**NA     AMENDED NOTICE OF APPEAL**

<u>CAUSE NO. 2015-28116</u>

| | | |
|---|---|---|
| **REX HANSEN as assignee of STEPHEN J.** | § | **IN THE DISTRICT COURT** |
| **ZAYLER, CHAPTER 7 TRUSTEE** | § | |
| *Plaintiff,* | § | |
| **v.** | § | **281st JUDICIAL DISTRICT** |
| | § | |
| **KEVIN JOHNSON,** | § | |
| *Defendant.* | § | **HARRIS COUNTY, TEXAS** |

<u>**DEFENDANT'S NOTICE OF APPEAL**</u>

Kevin Johnson, Defendant in the above entitled matter, files this Notice of Appeal from the Court Order Denying Defendant's Motion for Reconsideration, signed on December 11, 2015, in the 281st Judicial District Court, Harris County, Texas.

Respectfully submitted,

**LESLIE WM. ADAMS & ASSOCIATES**

_____

LESLIE WM. ADAMS
TEXAS BAR NO. 00869810
ANGELLE M. ADAMS
TEXAS BAR NO. 24055081
LEENA N. BLOCKER
TEXAS BAR NO. 24082986
3700 Buffalo Speedway, Suite 420
Houston, Texas 77098
713-728-6360 (Voice)
713-728-6366(Facsimile)
LWA@LeslieWmAdams.com (Email)
**ATTORNEYS FOR DEFENDANT,**
**KEVIN JOHNSON**

## CERTIFICATE OF SERVICE

I certify that on the 17th day of December, 2015, a true copy of the above was served on each attorney of record or party in accordance with Rule 21a of the Texas Rules of Civil Procedure by delivery by telephonic document transfer, electronic mail or certified mail, return receipt requested, addressed as follows:

**DARRELL W. COOK & ASSOCIATES**
Darrell W. Cook
Dwcook@attorneycook.com
Melissa Parker
Melissa@attorneycook.com
One Meadows Building
5005 Greenville Ave., Suite 200
Dallas, Texas 75206
Fax: (214) 363-9979
**ATTORNEYS FOR PLAINTIFF**

_____
Leslie Wm. Adams

## CAUSE NO. 201528116

| | | |
|---|---|---|
| REX HANSEN as assignee of STEPHEN J. ZYLER, CHAPTER 7 TRUSTEE, <br> *Plaintiff,* | § <br> § <br> § <br> § <br> § | IN THE DISTRICT COURT *Rehby* |
| | § | 281st JUDICIAL DISTRICT |
| v. | § <br> § <br> § | |
| KEVIN JOHNSON, <br> *Defendants.* | § <br> § | HARRIS COUNTY, TEXAS |

### ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION ~~OF COURT'S ORDER DENYING MOTION TO DISMISS AND ORDER DENYING DEFENDANT'S MOTION FOR STAY AND EMERGENCY HEARING~~

On this day came to be heard *Defendant's Motion for Reconsideration of Court's Order Denying Motion to Dismiss and Defendant's Motion for Stay and Emergency Hearing* filed 8/28/2015, Plaintiff REX HANSEN as assignee of STEPHEN J. ZYLER, CHAPTER 7 TRUSTEE appeared by and through its attorney of record, and the Defendant KEVIN JOHNSON appeared through his respective counsel. The Court considered such Motions and the evidence, and being of the opinion that same should be denied:

It is therefore ORDERED that *Defendant's Motion for Reconsideration of Court's Order Denying Motion to Dismiss* is DENIED, if not already denied by operation of laws.

It is further ORDERED that *Defendant's Motion for Stay and Emergency Hearing* is DENIED.

SIGNED this the _____ day of _____ Dec 11 _____, 2015.

_____
JUDGE PRESIDING

ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF COURT'S ORDER
DENYING MOTION TO DISMISS AND ORDER DENYING DEFENDANT'S MOTION FOR STAY
AND EMERGENCY HEARING

PAGE | 1

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

8/26/2015 11:04:10 AM
Chris Daniel - District Clerk Harris County
Envelope No. 6656729
By: DAVIA FORD
Filed: 8/26/2015 11:04:10 AM

## CAUSE NO. 201528116

| | | |
|---|---|---|
| REX HANSEN as assignee of STEPHEN J. ZYLER, CHAPTER 7 TRUSTEE,<br>*Plaintiff,*<br><br>v.<br><br>KEVIN JOHNSON,<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT<br><br><br>281ˢᵗ JUDICIAL DISTRICT<br><br><br><br>HARRIS COUNTY, TEXAS |

## ORDER COMPELLING KEVIN JOHNSON TO GIVE DISCOVERY RESPONSES ~~AND~~ ~~FOR SANCTIONS~~

On this day came to be heard *Plaintiff's Motion to Compel Kevin Johnson's Responses to Plaintiff's Post Judgment Request for Production of Documents and Tangible Things and Interrogatories and for Sanctions*. Plaintiff REX HANSEN as assignee of STEPHEN J. ZYLER, CHAPTER 7 TRUSTEE appeared by and through its attorney of record and the Defendant KEVIN JOHNSON, having been duly served with notice of such hearing and (failing to appear/appearing *pro se*/appeared through counsel). The Court considered such Motion and the evidence, and being of the opinion that same should be granted:

It is therefore ORDERED that *Plaintiff's Motion to Compel Kevin Johnson's Responses to Plaintiff's Post Judgment Request for Production of Documents and Tangible Things and Interrogatories and for Sanctions* is GRANTED.

It is further ORDERED that Defendant KEVIN JOHNSON answer all *Plaintiff's Interrogatories*, and produce all documents requested in *Plaintiff's Post Judgment Request for Production of Documents and Tangible Things* by ___21 days___ , 2015.

---

ORDER COMPELLING KEVIN JOHNSON TO GIVE DISCOVERY
RESPONSES AND FOR SANCTIONS                                                                                PAGE | 1

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

It is further ORDERED that ~~Plaintiff REX HANSEN as assignee~~ of STEPHEN J. ZYLER, CHAPTER 7 TRUSTEE ~~recover reasonable attorney's fees in the~~ sum of $1,000.00 against Defendant ~~KEVIN~~ JOHNSON and that such fees be taxed as costs of court.

SIGNED this the _____ day of _12\11_____, 2015.

_____

JUDGE PRESIDING

```
JURN7 (NSA#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    DEC 21, 2015(C1)
INT6510                  CIVIL CASE INTAKE                OPT: _____ - INT
                       GENERAL PARTY INQUIRY             PAGE:   1 -    1

CASE NUM: 201528116__ PJN> __  TRANS NUM: _____ CURRENT COURT: 281 PUB? _
CASE TYPE: FOREIGN JUDGMENT              CASE STATUS: DISPOSED (FINAL)
STYLE: REX HANSEN (AS ASSIGNEE OF STEPHE VS JOHNSON, KEVIN
========================================================================
                     **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR      PERSON NAME              PTY    ASSOC. ATTY
  NUM   NUMBER                                          STAT
 _    00002-0001 DEF 00869810 JOHNSON, KEVIN             D   ADAMS, LESLIE
 _    00001-0001 PLT 00787279 REX HANSEN (AS ASSIGNEE OF STE    COOK, DARRELL




==> (2) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```